**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

J.A.S.D., :
:
Petitioner, :
:
v. : CASE NO. 4:22-CV-175-CDL-MSH
: 28 U.S.C. § 2241
Warden, STEWART DETENTION CENTER, :
:
Respondent. :

# ORDER

The Court received Petitioner's application for federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1) on November 14, 2022. Petitioner, however, failed to pay the filing fee. Instead, he filed a motion to proceed without the prepayment of the filing fee (ECF No. 3). A prisoner proceeding *in forma pauperis* ("IFP") must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). While Petitioner submitted a sworn declaration attesting to his indigence, he failed to attach a certified copy of his trust fund account statement.

Without this account statement (or similar certified documentation), the Court lacks sufficient information to determine Petitioner's average monthly deposits or the average monthly balance in his trust account. Accordingly, Petitioner shall have **TWENTY-ONE (21) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a

certified copy of his trust fund account statement. The Clerk is **DIRECTED** to mail Petitioner a copy of an account certification form, marked with the case number for the above-captioned action, for this purpose.

Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 14th day of November, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE