# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| J.A.S.D., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:22-CV-175-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent.[1] | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 14, 2022 (ECF No. 1). Respondent timely filed a return on December 2, 2022 (ECF No. 8). In the return, Respondent requests an extension of time to file a comprehensive response to Petitioner's habeas application. Resp't's Return 1-2, ECF No. 8. The Court finds good cause to grant Respondent's request for an extension of time. Respondent has thirty (30) days from today to file a comprehensive response to the above captioned habeas application. Within fifteen (15) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing once briefing is

---

[1] Petitioner also names Immigration and Customs Enforcement ("ICE") Atlanta Field Office Director Sean Ervin as a Respondent in his Petition. However, when a petitioner challenges the validity of physical confinement through a habeas application, "the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). Accordingly, the Court has removed this respondent from the case and changed the named Respondent to Russell Washburn, the Warden of Stewart Detention Center where Petitioner is currently detained. The Clerk is DIRECTED to correct the docket and case caption to reflect this change.

complete.

      **SO ORDERED**, this 2nd day of December, 2022.

/s/ Stephen Hyles  
UNITED STATES MAGISTRATE JUDGE
