IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| J.A.S.D., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:22-CV-175-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on November 14, 2022 (ECF No. 1). On February 14, 2023, Petitioner filed a motion to transfer his case, stating he was recently transferred to the Eloy Detention Center in Eloy, Arizona. Mot. to Transfer 1, ECF No. 11. Eloy, Arizona is located in the District of Arizona. 28 U.S.C. § 82. On February 28, 2023, Respondent filed a response wherein he does not oppose Petitioner's motion to transfer. Resp. 1, ECF No. 13.

Challenges to detention are properly brought in the district in which a detainee is confined. *See, e.g.*, *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should . . . file the petition in the district of confinement."); *Fernandez v. United States*, 941 F.2d 1488, 1495

(11th Cir. 1991) ("Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."); *see also* 28 U.S.C. § 2241(a)-(b).  The Clerk of Court is therefore **ORDERED** to transfer this action to the United States District Court for the District of Arizona.  *See* 28 U.S.C. § 82.

    **SO ORDERED,** this 1st day of March, 2023.

                                        S/Clay D. Land
                                        CLAY D. LAND, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF GEORGIA